# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3574
_____

ROBERT B. ELLIS, Former
Husband,

Appellant,

v.

ABBIE B. ELLIS, Former Wife,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Ana M. Garcia, Judge.

October 21, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey P. Whitton, Panama City, for Appellant.

Shannon L. Novey, Christin F. Gonzalez, and Jerome M. Novey of Novey+Gonzalez, Tallahassee, for Appellee.